IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| HAILEY B. SPINDLE, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | NO.  4:25-CV-001292-MJT-ZJH |
| CITY OF FRISCO, | § § | JUDGE MICHAEL TRUNCALE |
| *Defendant*. | § § § | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On November 25, 2025, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge for pretrial management.  Now before the Court is *pro se* Plaintiff Hailey Spindle's *Motion for Leave to Proceed in forma pauperis*.  Dkt. 2.  On December 1, 2025, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 5], which recommended denying Spindle's motion, as Spindle did not demonstrate that she is unable to pay the standard filing fee.

A party who files timely written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects.  28 U.S.C. § 636(b)(l)(c); Fed. R. Civ. P. 72(b)(2)–(3).  Spindle did not file any objections to Judge Hawthorn's report.  Nonetheless, the Court has reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 5], and it holds that Judge Hawthorn's findings and conclusions of law are correct.

It is, therefore, ORDERED that Plaintiff Hailey Spindle pay the $405.00 filing fee to the Clerk's office within fourteen days of the date of this Order.  Failure to pay the filing fee by this

date may result in a dismissal of this action for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**SIGNED this 22nd day of December, 2025.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge